IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DEMARIO LADARL PEMBERTON, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | 1:12CR55-1 1:14CV1042 |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent. | ) | |

ORDER

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on May 4, 2015, was served on the parties in this action. Petitioner objected to the Recommendation. [Doc. # 33.]

The Court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination in accord with the Magistrate Judge's report. The Court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that the United States's Motion to Dismiss (Docket Entry 27) is GRANTED and that Petitioner's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Docket Entry 23) is DISMISSED. A Judgment dismissing this action will be entered contemporaneously with this Order. Finding no substantial issue for

appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is not issued.

_____
United States District Judge

Date: June 8, 2015